In the Matter of the Claim of GEORGE S. LAYTON, SR., against SPEAR & COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

Submitted October 9, 1941; decided November 19, 1941.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for appellant.

*Joseph F. Donovan* for respondents.

Order affirmed, with costs against State Industrial Board. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.